# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON BOYD

NO. 2021 KW 1394

**JANUARY 21, 2022**

---

In Re:    Brandon Boyd, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-14-0783.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT